# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

HERMAN H. LeFORS, JR.                                                                                      PLAINTIFF
ADC #138743

v.                                            NO. 3:11CV00073 JLH

DAN LANGSTON, *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE